# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS URENA-VALENCIA, | ) | 1:05-CV-1571 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER |
| | ) | |
| v. | ) | [Docs. #8, 13] |
| | ) | |
| CHUCK GILKEY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 13 and 21, 2006, Petitioner filed applications to proceed in forma pauperis and certified copies of his prison trust account.  Examination of these documents reveals that Petitioner is able to afford the costs of this action.  Specifically, Petitioner has had an average monthly balance of $425.83 over the past six months.  In addition, the current balance of Petitioner's prison trust account  is $506.11.  Accordingly, the motion to proceed in forma pauperis is DENIED.  See 28 U.S.C. § 1915.  Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30) days of the date of service of this order.  Failure to follow this order will result in the petition's dismissal pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:    March 3, 2006**                                    **/s/ Anthony W. Ishii**
0m8i78                                                      UNITED STATES DISTRICT JUDGE