1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

| | |
|---|---|
| JESUS URENA-VALENCIA,            ) | 1:05-CV-1571 AWI SMS HC |
| )
Petitioner,            ) | ORDER ADOPTING REPORT AND RECOMMENDATION [Doc. #16] |
| )
v.            ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| )
CHUCK GILKEY, Warden,            ) | |
| )
Respondent.            ) | |
| _____) | |

19
20
21
22
23
24
25
26
27
28

        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241.

        On April 27, 2006, the Magistrate Judge issued a Report and Recommendation that

recommended the petition for writ of habeas corpus be DISMISSED for failure to prosecute. This

Report and Recommendation was served on all parties and contained notice that any objections to

the Report and Recommendation were to be filed within thirty (30) days of the date of service of the

order.  Over thirty (30) days have passed and no party has filed objections.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de

novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Report

1   and Recommendation is supported by the record and proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1. The Report and Recommendation issued April 27, 2006, is ADOPTED IN FULL;

4          2. The petition for writ of habeas corpus is DISMISSED; and

5          3. The Clerk of the Court is DIRECTED to close this file.

6

7   IT IS SO ORDERED.

8   **Dated:      July 6, 2006**              _____/s/ Anthony W. Ishii_____
    0m8i78                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28